SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

   1301 Clay Street; Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3771
FAX: (510) 637-3724
e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00146 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING;**ORDER** |
| v. ) | |
| ) | |
| JOSE RAMIREZ, ) | Honorable D. LOWELL JENSEN |
| ) | |
| Defendant. ) | |
| ) | |

     Plaintiff, the United States of America, by and through its undersigned counsel, and defendant Jose Ramirez, by and through his undersigned counsel, hereby stipulate and request that the sentencing of defendant Jose Ramirez should be continued to September 14, 2007, at 10:00 a.m.

     The primary reason for this continuance is to enable the government to finalize the plea

//

//

//

//

//

1

agreement with defendant's wife, and then to enable both of those defendants to be sentenced the same day.

DATED:       August 2, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


By_____/s/_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

_____/s/_____
PAUL WELLENKAMP
Attorney for Defendant Jose Ramirez

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4     1301 Clay Street; Suite 340-S
      Oakland, California 94612
5     Telephone: (510) 637-3771
      FAX: (510) 637-3724
6     e-mail: doug.sprague@usdoj.gov

7  Attorneys for Plaintiff

8

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 UNIXED STATES OF AMERICA,       )       No. CR 06-00146 DLJ
                                   )
14         Plaintiff,              )
                                   )       ORDER
15    v.                           )
                                   )
16 JOSE RAMIREZ,                   )
                                   )
17         Defendant.              )
                                   )
18
        Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED
19
   THAT sentencing for defendant Jose Ramirez is continued to September 14, 2007, at 10:00 a.m.
20
   **IT IS SO ORDERED.**
21
   DATED:     August  2 , 2007
22                                                 _____
                                                   D. LOWELL JENSEN
23                                                 United States District Court Judge

3